**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:07CV239**
**(4:93CR83)**

| | | |
|---|---|---|
| **DANNY ALONZO SURRATT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | <u>**ORDER OF DISMISSAL**</u> |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the Court on the Petitioner's filing entitled,

"18 U.S.C. - 2255," which was filed as a motion to vacate, set aside or

correct sentence pursuant to 28 U.S.C. § 2255 by the Clerk.

     On review of the Petitioner's filing, the Court finds that the pleading is

more appropriately a notice of appeal of his sentence imposed for a

violation of his supervised release. Therefore, the Court will dismiss this

civil action as improvidently filed and direct the Clerk to file the pleading as

a notice of appeal.

     **IT IS, THEREFORE, ORDERED** that this action is hereby

**DISMISSED WITHOUT PREJUDICE** as improvidently filed.

**IT IS FURTHER ORDERED** that the Clerk file the pleading as a

notice of appeal and forward same to the Fourth Circuit Court of Appeals.

Signed: July 20, 2007

Lacy H. Thornburg
United States District Judge